UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA (Rural Development),

    Plaintiff

vs.    CIVIL NO. 96-1966 (JP)

ENEIDA APONTE-VEGA,

    Defendant

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 8, 2001<br>**Docket #** 10<br><br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Motion to Close File to Any Administrative Purpose | **NOTED.** This case was closed on October 22, 1996. However, the Court **NOTES** that Plaintiff does not intend to proceed with the execution of the judgment, due to Defendant's compliance with a chapter 13 bankruptcy plan. |

Date: 2/06/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /s/    # 11